UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13CR405-1 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MYRON D. BLACK, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

      This matter is before the Court upon Magistrate Judge Nancy A. Vecchiarelli's Report and Recommendation that the Court ACCEPT Defendant Myron D. Black's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 68.)

      On September 11, 2013, the government filed an Indictment against Defendant. (Doc. No. 1.) On October 16, 2013, the government filed a Superseding Indictment against Defendant. (Doc. No. 29.) On January 13, 2014, this Court issued an order assigning this case to Magistrate Judge Vecchiarelli for the purpose of receiving Defendant's guilty plea. (Doc. No. 57.)

      On January 23, 2014, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 9 of the Superseding Indictment, charging him with Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone, in violation of 21 U.S.C. Section 846, and Use of U.S. Mail to Facilitate Drug Trafficking, in violation of 21 U.S.C. Section 843(b). Magistrate Judge Vecchiarelli received

Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 68.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 9 of the Superseding Indictment in violation of 21 U.S.C. Section 846 and 21 U.S.C. Section 843(b). The sentencing will be held on May 9, 2014 at 12:15 p.m.

**IT IS SO ORDERED**.

Dated: March 24, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**